UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH OLSON,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | NO. CV-09-300-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for an immediate award of benefits. Defendant's Motion for Summary Judgment dismissal is **DENIED**. Judgment is entered for Plaintiff.

DATED: November 3, 2010

                                                    JAMES R. LARSEN<br>
                                                    District Court Executive/Clerk

                                                    s/ L. Stejskal<br>
                                                    Deputy Clerk